1
2
3
4
5
6              UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8
9   ARA AINTABLIAN,                        1:08-cv-00948-TAG-(HC)

10                    Petitioner,
                                           ORDER AUTHORIZING
11         vs.                             IN FORMA PAUPERIS STATUS

12  J.D. HARTLEY,

13                    Respondent.
                                    /
14
15         Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

16  pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

17  proceed *in forma pauperis*.  The petition will be screened in due course.

18
19  IT IS SO ORDERED.

20  Dated:   **August 4, 2008**                      **/s/ Theresa A. Goldner**
                                            UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28